IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-752-RJC-DCK

| MATTHEW EWERS, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BANK OF AMERICA, N.A., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Leonard A. Bennett, concerning Drew D. Sarrett, on January 17, 2024. Drew D. Sarrett seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Drew D. Sarrett is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 17, 2024

David C. Keesler
United States Magistrate Judge